IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,
        Plaintiff,
    v.
Thousand Burgers, Inc.,
Individually and d/b/a Burger Me; J Hanson, LLC,
        Defendants.

2:11-cv-03432-GEB-KJN

<u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

        Plaintiff states in his Status Report filed March 26, 2012:

> Defendants have been served. Defendant Thousand Burgers, Inc. was served on February 17, 2012, but has not filed an answer. A Request for Clerk's Entry of Default has been filed as to this Defendant. Defendant J Hanson, LLC was served by waiver of service with an answer due May 15, 2012.

(ECF No. 10, 2:13-19.)

        Plaintiff shall file a motion for entry of default judgment as to Defendant Thousand Burgers, Inc. before the Magistrate Judge within forty-five days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than May 18, 2012, why this defendant should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on April 9, 2012, is continued to commence at 9:00 a.m. on July 9, 2012.

1

1  Plaintiff and Defendant J Hanson, LLC shall file a joint status report
2  fourteen (14) days prior to the status conference, which addresses the
3  subjects set forth in Local Rule 240. Plaintiff shall also address in
4  the status report the status of the default proceedings against
5  Defendant Thousand Burgers, Inc.
6      IT IS SO ORDERED.
7  Dated: March 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge