IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) 2:11-cv-03432-GEB-KJN
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　) ORDER CONTINUING STATUS
　　　　v.　　　　　　　　　　　　　　) (PRETRIAL SCHEDULING)
　　　　　　　　　　　　　　　　　　　) CONFERENCE
J Hanson, LLC,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.*　　　　　　　 )
_____　　　)

　　　　　Plaintiff states in his Status Report filed August 6, 2012, that he "filed a Request for Clerk's Entry of Default against Defendant J Hanson, LLC and anticipates filing a motion for default in November 2012." (ECF No. 20, 3:24-28.)

　　　　　Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than October 5, 2012, why this action should not be dismissed for failure of prosecution. This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to timely respond to this Order.

---

　　　　　* The caption has been amended according to the May 30, 2012 dismissal of Defendant Thousand Burgers, Inc. See ECF No. 15.

1

Further, the status conference scheduled for hearing on August 20, 2012, is continued to commence at 9:00 a.m. on March 4, 2013. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: August 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge