IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,         )<br>                           )<br>          Plaintiff,     )<br>                           )<br>     v.                    )<br>                           )<br>J Hanson, LLC,             )<br>                           )<br>          Defendant.      )<br>_____) | 2:11-cv-03432-GEB-KJN<br><br>ORDER RE: SETTLEMENT AND<br>DISPOSITION |

      Plaintiff filed a "Notice of Settlement" on September 18, 2012, in which he states, "the parties have settled this action[, and dispositional documents will be filed within (30) calendar days." (ECF No. 22.)

      Therefore, a dispositional document shall be filed no later than October 18, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

      IT IS SO ORDERED.

Dated: September 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1